IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DONALD CHARLES WILSON,

                                                                           ORDER

            Plaintiff,

                                                                14-cv-222-bbc

    v.

DR. LORI ADAMS, DR. PATRICK MURPHY
and WISCONSIN DEPARTMENT OF CORRECTIONS,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        In this civil action on medical care and disability claims, plaintiff Donald Wilson has asked the court to strike the remaining schedule because his counsel has been unable to secure a physician to examine him for the purpose of providing expert testimony. Plaintiff believed Dr. Paul Baek was willing to examine him, but Dr. Baek has informed plaintiff's counsel that he will not perform the examination. By agreement among the parties, the deadline for plaintiff's disclosure of his expert was July 1, 2015; obviously, this deadline could not have been met.

        The modified scheduling order provided a deadline of July 20, 2015, for the filing of dispositive motions and a trial date of November 16, 2015. I will strike these dates in light of plaintiff's unexpected difficulty in obtaining an expert.

1

ORDER

IT IS ORDERED that the trial schedule set out in orders, dkt. ## 28, 43, is STRICKEN. A telephone scheduling conference is set for July 16, 2015, at 1:30 p.m., before Magistrate Judge Stephen L. Crocker. This will include the scheduling of new deadlines for the disclosure of expert witnesses. Plaintiff's counsel is directed to initiate the phone call.

Entered this 10th day of July, 2015.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge