IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD CHARLES WILSON,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

   v.                                           Case No. 14-cv-222-bbc

DR. PATRICK MURPHY, DR. LORI
ADAMS, and the WISCONSIN
DEPARTMENT OF CORRECTIONS,

    Defendants.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Donald Charles Wilson leave to proceed against defendant Dr. Patrick Murphy on his claim the defendant Murphy was negligent or deliberately indifferent under the Eighth Amendment with respect to plaintiff's Alzheimer's disease or his teeth; and

(2) granting summary judgment in favor of defendants Dr. Patrick Murphy, Dr. Lori Adams and the Wisconsin Department of Corrections.

| /s/ | 3/29/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |