IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD CHARLES WILSON,

        Plaintiff,

v.                                        Case No. 14-cv-222

DR. LORI ADAMS, et al.,

        Defendants.

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that plaintiff Donald Charles Wilson, *pro se*, hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Opinion and Order and Judgment issued on March 29, 2016 granting defendants' motion for summary judgment and entering judgment in favor of defendants. Plaintiff requests permission to proceed *in forma pauperis* under 28 U.S.C. § 1915, and is filing a Petition and Affidavit to Proceed without Prepayment of Fees and/or Costs along with this Notice of Appeal.

Dated this 22nd day of April, 2016.

                                        By:

                                        /s/ Donald Charles Wilson_____
                                        Donald Charles Wilson, *Pro Se*