IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONALD CHARLES WILSON,

    Plaintiff,

v.

DR. PATRICK MURPHY,
DR. LORI ADAMS, and the WISCONSIN
DEPARTMENT OF CORRECTIONS,

    Defendants.

ORDER

14-cv-222-bbc
App. No. 16-1889

---

On May 13, 2016, plaintiff Donald Charles Wilson submitted an unopposed motion for an order requiring disbursement of $20.93 from plaintiff's release account to make the initial partial payment of the $505 appeal docketing fee. Plaintiff seeks an order requiring disbursement of $20.93 from plaintiff's release account because there are not sufficient funds in his general trust account.

Pursuant to 28 U.S.C. § 1915(b)(1), prison officials are required to use a prisoner's release account to satisfy an initial partial payment if no other funds are available. *Carter v. Bennett*, 399 F. Supp. 2d 936, 936-37 (W.D. Wis. 2005).

ORDER

Accordingly, IT IS ORDERED that prison officials are directed to disburse $20.93 from plaintiff's release account for payment of the initial partial $505 appeal docketing fee. Plaintiff's initial partial appeal fee is due by June 7, 2016.

Entered this 17th day of May, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge